UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**SIDNEY RUCKER,**  **CASE NO. 3:13-cv-344**

    Petitioner,  **Judge Timothy S. Black**
  **Magistrate Judge Michael R. Merz**

  **-vs-**

**WARDEN, Lebanon Correctional
Institution,**

    Respondent.

_____

**JUDGMENT IN A CIVIL CASE**
_____

**[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]**    **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the Reports and Recommendations (Docs. 3, 7) of the United States Magistrate Judge are **ADOPTED** in their entirety; the Petitioner's Objections (Doc. 5, 9) are **OVERRULED**; the Petition (Doc. 2) is **DISMISSED WITH PREJUDICE;** any request for a certificate of appealability under 28 U.S.C. § 2253 (c) is **DENIED**; it is **CERTIFIED** that any appeal would be objectively frivolous and any request for leave to appeal *in forma pauperis* would be **DENIED**; and the case is **TERMINATED** from the docket.

Date: January 8, 2014  **JOHN P. HEHMAN, CLERK**
 By: s/ M. Rogers
 Deputy Clerk